UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| IN RE: | * | |
|---|---|---|
| | * | |
| W&D VENTURES, LLC | * | |
| | * | CASE NO. 11-40364 |
| | * | |
| Debtor in Possession | * | CHAPTER 11 |

**NOTICE OF FILING OF INVENTORY**

COMES NOW the above named Debtor and files the attached Inventory of Property of the Debtor in accordance with the order of this Court.

This 7th day of April, 2011.

                                                    Page Scrantom Sprouse Tucker & Ford, PC

                                                    By:s/ Stephen G. Gunby
                                                    Stephen G. Gunby
                                                    Bar No. 315212
                                                    Attorney for Debtor

P.O. Box 1199
1111 Bay Avenue, Third Floor
Columbus, GA 31902
(706) 243-5630
sgg@psstf.com

W&D VENTURES
INVENTORY

| ADDRESS | VALUE |
|---|---|
| 5636 Dearborn Avenue | $85,000 |
| 4710 Welborn Drive | $70,000 |
| 5027 Welborn Drive | $75,000 |
| 1142 Chalbena Venue | $70,000 |
| 3223 Hendrix Street | $38,000 |
| 6317 Bradshaw Drive | $77,000 |
| 2207 S. Andrews Circle | $50,000 |
| 22 Paton Drive | $40,000 |
| 2307 Simmons Avenue | $39,000 |
| 222 21st Avenue | $41,000 |
| 49 Patton Drive | $36,000 |
| 3051 Knox Street | $78,000 |
| 3222 Knox Street | $79,000 |
| 3028 Knox Street | $40,000 |
| 2737 N. Lumpkin Road | $39,000 |
| 2203 S. Andrews Circle | $37,500 |
| 356 31st Avenue | $42,000 |
| 841 Samson Avenue | $50,000 |
| 3318 5th Avenue | $65,000 |
| 3318.5 5th Avenue | (Included above) |
| 9 Engineer | $43,000 |
| 119 Engineer | $49,000 |
| 1342 22nd Street | $36,000 |
| 1049 Ada Avenue | $40,000 |
| 938 34th Avenue | $35,500 |
| 28 Cantrell Drive | $45,000 |
| 2902 Clover Lane | $45,000 |
| 384 29th Avenue | $45,000 |
| TOTAL | $1,390,000 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Notice of Filing of Inventory* electronically on the Office of the United States Trustee, Suite 302, Technicon Building, 440 Martin Luther King, Jr. Boulevard, Macon, Georgia 31201.

This the 7th day of April, 2011.

    /s/ Stephen G. Gunby
Stephen G. Gunby
State Bar No. 315212
Attorney for Defendant

P.O. Box 1846
Columbus, GA 31902
706/324-3448